```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16235
   TED K BECKER
   MICHELLE P BECKER                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9721     SSN XXX-XX-4148


---------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/08/06 and confirmed on 02/22/07.

   2.  The case was converted to Chapter 7 after confirmation, 03/18/2008.

   3.  The Debtor paid a total of $    8988.00 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------------
US BANK NATL ASSOC         CURRENT MORTG         .00            .00             .00
US BANK NATL ASSOC         MORTGAGE ARRE         .00            .00             .00
US BANK NATL ASSOC         SECURED               .00            .00             .00
US BANK NATL ASSOC         MORTGAGE ARRE     2218.00            .00             .00
FIRST INVESTORS FIN SERV   SECURED VEHIC     1764.60         137.37         1764.60
HFC/BENEFICIAL             SECURED          16137.70         516.83         6204.55
STATE DISBURSEMENT UNIT    CHILD SUPPORT         .00            .00             .00
CAPITAL ONE BANK           UNSECURED         1983.50            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          657.10            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        17093.30            .00             .00
DISCOVER BANK              UNSECURED         8234.06            .00             .00
DISCOVER BANK              UNSECURED         1277.34            .00             .00
NICOR GAS                  UNSECURED        NOT FILED          .00             .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED          .00             .00
CHERYL ZABINSKI            CHILD SUPPORT    NOT FILED          .00             .00
FIRST INVESTORS FIN SERV   UNSECURED             .00            .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED  20120.30          .00     29245.30          .00       49365.60
PRINCIPAL PAID       7969.15          .00          .00          .00        7969.15
INTEREST PAID         654.20          .00          .00          .00         654.20
TOTAL PAID           8623.35          .00          .00          .00        8623.35
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    2500.00
and was paid $    500.00  direct and $       .00  through the plan.

The Trustee received $    364.65 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/26/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 06 B 16235 TED K BECKER & MICHELLE P BECKER